UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:24-cv-00033-MOC

| | | |
|---|---|---|
| **LESLIE LEANN ANDERSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MARTIN O'MALLEY,** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's motion to redact the administrative record. (Doc. No. 8). Upon consideration of the pleadings and for good cause shown, the Court will grant Defendant's motion and enter the following order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's motion to redact the administrative record (Doc. No. 8) is **GRANTED**. The Clerk and all parties to this litigation **SHALL** remove and destroy page 724 from their respective copies of the administrative record.

**SO ORDERED**.

Signed: July 8, 2024

Max O. Cogburn Jr
United States District Judge